UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY A. KOEHN,

                    Plaintiff,

                                                    Case No. 16-11755
v.
                                                    HONORABLE AVERN COHN
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 19) AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 16) AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 15) AND DISMISSING CASE

I.

        This is a social security case.  Plaintiff appeals from the final determination of the

Commissioner of Social Security (Commissioner) that he is not disabled and therefore

not entitled to disability insurance benefits.  The matter was referred to a magistrate

judge for pretrial proceedings.  Plaintiff and the Commissioner filed cross motions for

summary judgment.  (Docs. 15, 16).  The magistrate judge issued a report and

recommendation (MJRR) recommending that the Commissioner's motion be granted,

that plaintiff's motion be denied, and the case dismissed.  (Doc. 19).

II.

        Neither party has filed objections to the MJRR and the time for filing objections

has passed.  The failure to file objections to the report and recommendation waives any

further right to appeal.  <u>Smith v. Detroit Federation of Teachers Local 231</u>, 829 F.2d 1370, 1373 (6th Cir.1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions.  <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).

Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court.  The Commissioner's motion for summary judgment is GRANTED.  Plaintiff's motion for summary judgment is DENIED.  This case is DISMISSED.

SO ORDERED.


<u>S/Avern Cohn</u>
AVERN COHN
Dated: August 22, 2017                    UNITED STATES DISTRICT JUDGE
        Detroit, Michigan